IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Luke Stewart | ) | 15-30051-DHW-13 |
| xxx-xx-1787 | ) | Chapter 13 |
|     Debtor. | ) | |

OBJECTION TO CONFIRMATION

    Comes Now Americredit Financial Services. Inc. d/b/a GM Financial ("AFS"), a secured creditor in the above styled cause, and files its Objection To Confirmation of the Debtor's plan as follows:

    1.    AFS has a security interest in a 2011 Toyota Corolla VIN: 2T1BU4EE3BC653830.

    2.    The Debtor purchased the subject vehicle on December 6, 2014 which is thirty three (33) days prior to the filing of his petition.

    3.    The Debtor's plan does not propose to pay the contract balance owed to the Movant as required by Section 1325(a) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

    4.    AFS objects to the Debtor's proposed interest rate as insufficient.

    5.    AFS avers that this case is not filed in good faith.

    WHEREFORE, the Movant objects to confirmation of the Debtor's plan.

    /s/ Allan M. Trippe
_____
ALLAN M. TRIPPE (ASB-7824-P79A)
Attorney for Americredit Financial Services, Inc.
d/b/a GM Financial

OF COUNSEL:
MONROE, TRIPPE & BROWN, L.L.P.
P.O. Box 531103
Birmingham, Alabama  35253
(205) 879-9220

CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing on the parties listed below by electronic transmission, or by placing a copy of same in the U.S. Mail, postage prepaid, on this the 25th day of February, 2015.

Richard D. Shinbaum (rshinbaum@smclegal.com)
Attorney at Law
P.O. Box 201
Montgomery, Alabama 36101

Curtis C. Reding, Trustee (trustees_office@ch13mdal.com)
P.O. Box 173
Montgomery, Alabama 36101


    /s/ Allan M. Trippe

    OF COUNSEL