UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Luke Stewart,  
    Debtor.

Case No. 15−30051  
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on August 28, 2017 at 09:00 AM

to consider and act upon the following:

*28* − Trustee's Motion for Examination of Debtor's Transactions with Debtor's Attorney and Debtor's Transactions with Attorney or in the Alternative Dismiss Case (No Provisions) filed by (McKinney, Sabrina) Modified to correct text on 8/7/2017 (CBM).

Dated August 7, 2017

                                                        Juan−Carlos Guerrero  
                                                      Clerk of Court

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                          Case No. 15-30051-DHW
Luke Stewart                                                    Chapter 13
         Debtor                 CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jmclain              Page 1 of 1                  Date Rcvd: Aug 07, 2017
                              Form ID: ntchrgBK          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db             +Luke Stewart,    4235 Robeson Dr,    Tuskegee, AL 36083-3026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Allan M. Trippe    on behalf of Creditor    Americredit Financial Services Inc. dba GM Financial
               allantrippe@lawbham.com
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Enslen Crowe    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@sirote.com
              Leonard N. Math    on behalf of Creditor    BOWEN-WILSON INC DBA SERVPRO OF MONTGOMERY
               noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Luke  Stewart rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 6